

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Criminal No. 17-CR-20465

Honorable Denise Page Hood

D-1 MASHIYAT RASHID,
D-2 YASSER MOZEB,
D-3 SPILIOS PAPPAS,
D-4 ABDUL HAQ,
D-5 JOSEPH BETRO,
D-6 TARIQ OMAR, and
D-7 MOHAMMED ZAHOOR

    Defendants.



---

**GOVERNMENT'S MOTION AND ORDER
TO UNSEAL INDICTMENT AND ARREST WARRANTS**

---

The United States of America hereby moves for an order unsealing the Indictment and Arrest Warrants in this case, and states:

1. The Indictment in this case charges the defendants with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, implicitly authorizes this Court to unseal indictments.

3. The government requests that the Indictment and Arrest Warrants be unsealed because several defendants have been arrested and are entitled to receive a copy of the Indictment.

WHEREFORE, the government requests this Court to issue an order unsealing the Indictment and Arrest Warrant.

Respectfully submitted,

Daniel L. Lemisch
Acting United States Attorney

*s/Jacob Foster*
Jacob Foster
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Jacob.Foster@usdoj.gov
(202) 615-6521

Dated: July 12, 2017

**IT IS SO ORDERED.**

s/Elizabeth A. Stafford
Elizabeth A. Stafford
United States Magistrate Judge

Entered: July 12, 2017